```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 03250
   ANTONIO TAYLOR
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8350


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/24/2007 and was confirmed 08/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/03/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG         .00             .00             .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE    21116.40             .00             .00
COOK COUNTY TREASURER     SECURED           1940.00             .00          440.00
GREAT AMERICAN FINANCE    SECURED           1718.82             .00          440.00
GREAT AMERICAN FINANCE    UNSECURED       NOT FILED             .00             .00
CAPITAL ONE               NOTICE ONLY     NOT FILED             .00             .00
JEWEL FOOD STORES         UNSECURED       NOT FILED             .00             .00
CAPITAL ONE               UNSECURED         1440.60             .00             .00
TIMOTHY K LIOU            UNSECURED         1280.58             .00             .00
HOMEQ SERVICING           NOTICE ONLY     NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        1,634.00                        1,452.98
TOM VAUGHN                TRUSTEE                                              167.02
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE           2,500.00

PRIORITY                                           .00
SECURED                                         880.00
UNSECURED                                          .00
ADMINISTRATIVE                                1,452.98
TRUSTEE COMPENSATION                            167.02
DEBTOR REFUND                                      .00
                   --------------        --------------
TOTALS            2,500.00                    2,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE